IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID SILVERMAN MADRIGAL, | No. 02:09-CV-1115-SU |
| Petitioner, | ORDER |
| v. | |
| BRIAN BELLEQUE, | |
| Respondent. | |

David Silverman Madrigal, Pro Se
15418834
Oregon State Penitentiary
2605 State Street
Salem, OR 97310

       Attorney for Petitioner

Lynn David Larsen
Kristen E. Boyd
State of Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301-4096

       Attorneys for Respondent

HERNANDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation (#32) on February 9, 2012, in which she recommends that this Court deny Petitioner David Madrigal's petition for writ of habeas corpus (#2) on the grounds that it is untimely. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation (#32). Accordingly, Petitioner's petition for writ of habeas corpus (#2) is denied. The Court also declines to issue a Certificate of Appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this   5th    day of March, 2012.

      /s/ Marco A. Hernandez
      MARCO A. HERNANDEZ
      United States District Judge